# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ 0962                                                              Purchased/Filed: January 29, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

---

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local     **Plaintiff**

against

LMD Enterprises Inc.     **Defendant**

---

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_Jessica Miller_, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _February 6, 2008_, at _2:00pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_LMD Enterprises Inc._, the Defendant in this action, by delivering to and leaving with _Chad Matice_, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _28_    Approx. Wt: _200_    Approx. Ht: _6'0"_
Color of skin: _White_    Hair color: _Brown_    Sex: _M_    Other: _____

Sworn to before me on this

_11th_ day of _February, 2008_

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898579, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0801296

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179