UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the Teamsters Local 456 Pension, Health & ) 08 CIV 0962 (KMK)
Welfare, Annuity, Education & Training, S.U.B., )
Industry Advancement and Legal Services Funds and the )
Westchester Teamsters Local Union No. 456, )
)
) **ORDER TO SHOW**
) **CAUSE FOR**
) **DEFAULT JUDGMENT**
          Plaintiffs, )
)
     -against- )      USDS SDNY
)      DOCUMENT
)      ELECTRONICALLY FILED
LMD ENTERPRISES INC., )      DOC #: _____
)      DATE FILED: _____
          Defendant. )

---

KARAS, D.J.:

   Upon the annexed supporting affidavit of Karin Arrospide, Esq. and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

   ORDERED, that the defendant show cause at a conference to be held on the 30 day of April, 2008 at 10:15 o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

   ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Karin Arrospide, 258 Saw Mill River Road, Elmsford, NY 10523 by the 23rd day of April, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, LMD Enterprises Inc., 22 Peter Road, Wappinger Falls, NY 12590 by First Class Mail on or before the 16th day of April, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
April 14, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.