UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and the Westchester Teamsters Local Union No. 456,<br><br>        Plaintiffs,<br><br>-against-<br><br>LMD ENTERPRISES INC.,<br><br>        Defendant. | Index # 08-CIV-0962 (KMK)<br><br>**DEFAULT JUDGMENT**<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _____ |

  This action having been commenced on January 29, 2008 with the filing of the summons and complaint and the summons and complaint were served upon the Employer on February 6, 2008 via New York's Secretary of State and proof of such service thereof was filed on February 19, 2008 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is, ORDERED, ADJUDGED AND DECREED: that Plaintiffs have judgment against Defendant in the liquidated amount of Fourteen Thousand Five Hundred Eighty Nine Dollars and Eighty Seven Cents ($14,589.87) which includes the following: Benefit Fund Contributions due and owing in the sum of $10,092.50 for the period 8/07-10/07; $350.29 in interest calculated at ten percent (10%) per annum for each delinquent month through March, 2008; $507.83 in back interest owed for the period 1/06-7/07; $1,009.25 in liquidated damages calculated at 10% of the unpaid principal due; reasonable attorneys' fees in the amount of $2,200.00, court costs and disbursements in the amount of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs is entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
April 30, 2008

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.